**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 08-8414**

─────────────

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

JORGE MAURICCIO VASQUEZ,

              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., Chief District Judge.  (3:06-cr-00147-RJC-DCK-2)

─────────────

Submitted:  April 23, 2009              Decided:  May 4, 2009

─────────────

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Jorge Mauriccio Vasquez, Appellant Pro Se.  Keith Michael Cave, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jorge Mauriccio Vasquez appeals the district court's order denying his motion to impose a new sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Vasquez, No. 3:06-cr-00147-RJC-DCK-2 (W.D.N.C. Oct. 24, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED